# EPSTEIN, COHEN & GILBERTI
A LIMITED LIABILITY COMPANY

COUNSELORS AT LAW

SUITE 210
TWENTY-ONE EAST FRONT STREET
RED BANK, NEW JERSEY 07701

MICHAEL V. GILBERTI*
DAVID M. EPSTEIN
SANDRA L. COHEN

T: (732) 212-0400
F: (732) 212-8408
E: ATTORNEY@ECG-LAW.COM

* CERTIFIED BY THE SUPREME COURT OF NEW JERSEY
AS A CRIMINAL TRIAL ATTORNEY

FILE NO.:

June 21, 2010

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Federal Building &
U.S. Courthouse, Rm. 341
402 East State Street
Trenton, NJ 08608

RE: **United States v. Daniel M. Van Pelt**
**Crim. No. 09-912**

Dear Judge Pisano:

We represent Mr. Van Pelt in this case. His sentencing is scheduled for August 24, 2010 at 10 a.m. We request that the sentencing be postpone for two weeks because that date conflicts with the schedules of both defense counsel. I have had contact with both Assistant U.S. Attorneys on the case, Rachael Honig and Dustin Chao, and they consent to this change.

Thank you for your assistance in this matter.

Respectfully yours,

Michael V. Gilberti

MVG/pe
cc:  Rachael Honig, AUSA
     Dustin Chao, AUSA

**EPSTEIN, COHEN & GILBERTI**
A LIMITED LIABILITY COMPANY

COUNSELORS AT LAW

Hon. Joel A. Pisano, U.S.D.J.
June 21, 2010
Page 2

bcc:   Dan Van Pelt
       Rob Fuggi