LAW OFFICES
# MARGULIES WIND
A PROFESSIONAL CORPORATION

HARBORSIDE FINANCIAL CENTER
PLAZA 10, SUITE 1201
3 SECOND STREET
JERSEY CITY, NEW JERSEY 07311-3988

(201) 333-0400
www.margulieswind.com
FAX (201) 333-1110

ROBERT E. MARGULIES ✪♦✻
JACK JAY WIND ✻
FRANK E. CATALINA ✻
JEFFREY R. KIVETZ ✪
GERARD D. PIZZILLO ✪
✪ Also member New York Bar
♦ Also member Massachusetts Bar
✻ Rule 1:40 qualified Mediator

MAURICE C. BRIGADIER
(1902-1991)

HAROLD I. BRAFF ✪✻
Certified Civil Trial Lawyer
Counsel

July 23, 2010

Sender's email:
rem@mwhlawfirm.com

**Via e-filing**

Clerk, United States District Court
Clarkson S. Fisher Federal Bulding & U.S. Courthouse
402 E. State Street
Trenton, N.J.  08608

    Re:    United States of America v. Daniel M. Van Pelt
              Criminal No.  09-912 (JAP)

Dear Sir/Madam:

    Please be advised that our firm is now representing Mr. Daniel M. Van Pelt in the above matter.  We enclose an executed Substitution of Attorney form for filing.

    Thank you for your courtesies.

Very truly yours,

Robert E. Margulies

REM:mf
Enc.

cc:    Michael V. Gilberti, Esq.
        Rachael Honig, AUSA
        Dustin Chao, AUSA